No. 6705.

CRESCENT CITY LIVE STOCK AND SLAUGHTER HOUSE CO. VS. JOHN GUICHE.

If an injunction be refused in open court, and the order or judgment of refusal be entered on the minutes, such judgment need not be signed.

12

If the petition for injunction discloses a case warranting the issuance of it, and the party applying for it has complied with the conditions imposed by law, it cannot be denied him.

APPEAL from the Third District Court of New Orleans.   MONROE, J.

*Mott* for Plaintiff Appellant.   *A. & W. Voorhies* and *Washington* for Defendant.

MARR, J., delivered the opinion on the motion to dismiss, and DE BLANC, J., on the merits reversing the judgment.